DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SHANNONDOHA NICHOLS,

Appellant,

v.

PATRICIA HARRIS,

Appellee.

_____

No. 2D23-1169

_____

March 22, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the County Court for Sarasota County; Maryann Olson Boehm, Judge.

Shannondoha Nichols, pro se.

Susannah C. Savitsky of The Bates-Buchanan & Savitsky Law Group, P.A., Venice, for Appellee.

PER CURIAM.

 Affirmed.

NORTHCUTT, MORRIS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior publication.